IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID T. McMANUS, | No. 2:15-CV-0127-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On March 25, 2015, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to notify the court that documents necessary for service of process had been submitted to the United States Marshal, as required by the court's prior order.  Because plaintiff has now submitted the required notice, the order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: May 21, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1