SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| DAVID T. MCMANUS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No. 2:15-CV-00127-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of September 3, 2015, by forty-five days, to the new due date of October 19, 2015, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has prior family obligations out of town and a very heaving briefing schedule prior to leaving out of town.

///

///

1

| | |
|---|---|
| DATED: August 20, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| /s/ Shellie Lott<br>SHELLIE LOTT,<br>Attorney for Plaintiff | /s/ Jacob M. Mikow<br>JACOB M. MIKOW,<br>(As authorized via E-mail on 08/19/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 19, 2015.

SO ORDERED.

Dated: August 27, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2