SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| DAVID T. McMANUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  2:15-CV-00127-CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of January 12, 2016, by twenty-one days, to the new due date of  February 2, 2016, **and all other deadlines be extended accordingly**.  This extension is requested because the writer has jury duty for that week.

1

1 | DATED: January 8, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX

*/s/ Shellie Lott*
SHELLIE LOTT,
Attorney for Plaintiff

*/s/ Daniel P. Talbert*
 DANIEL P. TALBERT,
(As authorized via E-mail on 01/08/16)
Special Assistant U S Attorney
Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

DAVID T. McMANUS,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

No. 2:15-CV-00127-CMK

**ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Reply on or February 2, 2016.

SO ORDERED.

Dated: January 11, 2016

                                  CRAIG M. KELLISON
                                  UNITED STATES MAGISTRATE JUDGE